FRANK E. HOLLY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Holly* v. *N. Y. C. & H. R. R. R. Co.*, 123 App. Div. 915, affirmed.
(Argued May 11, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 27, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Alfred L. Becker* for appellant.

*Eugene M. Ashley* and *Augustus Thibaudeau* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.